UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILIK WALTON,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY CAMPBELL and<br>DEPUTY TIMOTHY MARTIN,<br><br>    Defendants. | Case No. EDCV 16-1332-GW (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Complaint without prejudice.

DATED: August 27, 2017

*/s/ George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE