JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILIK WALTON,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPUTY CAMPBELL and DEPUTY TIMOTHY MARTIN,<br><br>   Defendants. | Case No. EDCV 16-1332-GW (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed without prejudice.

DATED: August 29, 2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE